IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**KEOLATTANA TOOTOO SAPHILOM,**       *

   **Plaintiff,**       *

   **v.**       *       **CIVIL NO. JKB-18-1180**

**NATIONWIDE MUTUAL INSURANCE COMPANY,**       *

   **Defendant.**       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED:

1. Plaintiff's Dispositive Motion (ECF No. 58) is DENIED.

2. Defendant's Cross-Motion for Summary Judgment (ECF No. 60) is GRANTED.

3. The Clerk is directed to CLOSE THIS CASE.

DATED this 2nd day of April, 2020.

BY THE COURT:

_____/s/_____

James K. Bredar
Chief Judge